598 P.2d 641

**In the Matter of Dale B. DILTS,
Attorney at Law.
No. 12596.**

Supreme Court of New Mexico.

Aug. 24, 1979.

This matter coming on for consideration by the Court upon Petition for Reinstatement, and the Court having considered said petition and acquiescence of Chief Bar Counsel to said petition, and now being sufficiently advised in the premises;

NOW, THEREFORE, IT IS ORDERED that Dale B. Dilts be and he hereby is reinstated to active membership in the State Bar of New Mexico.